*The Patriot Voice*

August 15, 2023

The Honorable Reed C. O'Connor
United States District Court
Northern District of Texas
501 West 10th Street, Room 201
Fort Worth, TX 76102-3673

      Re:   *John Sabal v. Lin Wood*
             *Civil Action No. 4:23-cv-00551-O*

Dear Judge O'Connor:

The undersigned is the plaintiff in the above-captioned matter.

Due to an interim change of counsel, I respectfully request leave of court for 30 days from the date of this letter for new counsel to motion to reply to defendant Wood; and to motion to amend the existing complaint.

New counsel will notify the court forthwith.

I thank you for your consideration of this request.

                                            Respectfully,

                                            John Sabal
                                            The Patriot Voice
                                            (215)552-1323
                                            thepatriotvoice@protonmail.com

cc:    Counsel of Record;
        Jesse R. Binnall, Esq.;
        Jason Greaves, Esq.