**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **JOHN SABAL,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Civil Action No. 4:23-cv-00551-O |
| § | |
| **LIN WOOD,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF DEFICIENCY

Before the Court is Plaintiff's Motion for Extension of Time to File a Reply to Defendant's Motion to Dismiss (ECF No. 10), filed on August 16, 2023. Plaintiff has not submitted a Certificate of Conference with his motion as required by Local Rule 7.1. Plaintiff is **ORDERED** to cure this deficiency by filing a Certificate of Conference **no later than August 21, 2023**.

**SO ORDERED** this **18th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE