IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| JOHN SABAL,<br><br>    *Plaintiff,*<br><br>v.<br><br>LIN WOOD,<br><br>    *Defendant.* | Civil Case No. 4:23-cv-551-O |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 REGARDING PRIOR REQUEST FOR EXTENSION

    Plaintiff John Sabal, by counsel, hereby certifies compliance with Rule 7.1. Plaintiff's new counsel has met and conferred with Defense counsel regarding the previously filed letter requesting a 30-day extension. While Defense counsel did not oppose a 30-day extension, Plaintiff's new counsel does not need 30 days, and reduced the request to 14 days, to which Defense counsel consented.

Dated:  August 21, 2023

Respectfully submitted,

/s/ Madhu S. Sekharan
Madhu S. Sekharan
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile: 832-920-1515
Office: 281-304-6369
MSekharanAttorney@outlook.com

/s/ Jason C. Greaves
Jason C Greaves (*pro hac vice* pending)

>Jared R. Roberts (*pro hac vice* forthcoming)
>BINNALL LAW GROUP, PLLC
>717 King Street, Suite 200
>Alexandria, Virginia 22314
>Phone: 703) 888-1943
>jason@binnall.com
>jared@binnall.com
>
>*Counsel for John Sabal*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

>*/s/ Madhu S. Sekharan*
>Madhu S. Sekharan
>
>*Attorney for John Sabal*