IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:23-cv-00551-O |
| LIN WOOD,<br>    *Defendant.* | §<br>§<br>§<br>§ | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Defendant Lin Wood ("Mr. Wood") files this Response to Plaintiff's Second Motion to Extend Time to Respond to Defendant's Motion to Dismiss and respectfully responds as follows:

On August 29, 2023, Plaintiff filed Plaintiff's Second Motion to Extend Time to Respond to Defendant's Motion to Dismiss. (Dkt. 24) On August 30, 2023, the Court expedited briefing on this Motion and ordered Mr. Wood to respond by September 1, 2023, at 4:00 p.m. C.T.

Though initially opposed to Plaintiff's request, Mr. Wood was unaware of prior counsel's medical emergency. Therefore, following review of the content of Plaintiff's Motion and upon further consideration, Mr. Wood is unopposed to the relief requested.

Respectfully submitted,

BY: */s/ Barry A. Moscowitz*
Barry A. Moscowitz
State Bar No. 24004830
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Phone: (214) 871-8200
Fax: (214) 871-8209
bmoscowitz@thompsoncoe.com

and

    Roland P. Schafer
    State Bar No. 24056271
    John T. Wilson IV
    State Bar No. 24033344
    Jared A. Hendrix
    State Bar No.24124775
    **BONDS ELLIS EPPICH SCHAFER JONES LLP**
    420 Throckmorton, Suite 1000
    Fort Worth, Texas 76102
    Phone:  817-405-6900
    Fax:  817-405-6902
    roland@bondsellis.com
    john.wilson@bondsellis.com
    jared.hendrix@bondsellis.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    This is to certify that on this 31st of August 2023 a true and correct copy of the foregoing document was served using the Court's CM/ECF system, which will send a copy to all counsel of record.

    */s/ Barry A. Moscowitz*
    Barry A. Moscowitz