IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

JOHN SABAL,

  *Plaintiff,*

v.                                                                  Civil Case No. 4:23-cv-551-O

LIN WOOD,

  *Defendant.*

PLAINTIFF'S APPENDIX
BRIEF IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS

Jason C Greaves, TX Bar No. 24124953
Jared J. Roberts, *pro hac vice*
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

Paul M. Davis, TX Bar No. 24078401
PAUL M. DAVIS & ASSOCIATES, PC
9355 John W. Elliot Drive #25454
Frisco, Texas 75034
Phone: (945) 348-7884
paul@fireduptxlawyer.com

*ATTORNEYS FOR PLAINTIFF JOHN SABAL*

## TABLE OF CONTENTS

DECLARATION OF PLAINTIFF JOHN SABAL .......................................................1

TEXT MESSAGE FROM PLAINTIFF JOHN SABAL TO DEFENDANT LIN WOOD FOR PATRIOT ROUNDUP EVEN IN DALLAS, TX....................................................4

DEFENDANT LIN WOOD'S TELEGRAM POST, FORWARDING FROM NEW TREATMENT WARRIOR, DATED AUGUST 8 .........................................................5

DEFENDANT LIN WOOD'S TELEGRAM POST, DATED JULY 18, JULY 24, AND SEPTEMBER 9, PHOTOS OF MEETING "FANS" AT THE INN AT COTTON HALL IN FAIRVIEW, TX ...................................................................................................8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

JOHN SABAL,

       *Plaintiff,*

v.

LIN WOOD,

       *Defendant.*

Civil Case No. 4:23-cv-551-O

## DECLARATION OF PLAINTIFF JOHN SABAL

I, John Sabal, declare under penalty of perjury that the following is within my personal knowledge, true, and correct:

1.     My name is John Sabal. I am over the age of twenty-one and competent in all respects to make this declaration. I have never been convicted of a felony or crime involving moral turpitude. I am the Plaintiff in this lawsuit, and I have personal knowledge of the facts stated herein and they are true and correct.

2.     I own and operate The Patriot Voice, a business that is incorporated in California and headquartered in Texas. This business hosts patriotic events intended to promote Christian Conservatism.

3.     I first contacted Defendant, Lin Wood, in May of 2021 after he had agreed to speak at The Patriot Voice's inaugural event in Dallas, Texas.

1

4.      Although Defendant could not make it to the event, we continued or communications, and planned ways that we could collaborate to promote our shared values.

5.      To this end I flew out to meet Defendant at his property, Tomotley, in South Carolina.

6.      At and leading up to this meeting, Defendant and I discussed at length our plans for our organizations, working out how we could collaborate.

7.      Specifically, I disclosed to Defendant that (1) I planned to move to Texas; (2) that I intended to base The Patriot Voice's operations from Texas; and (3) that I intended to hold at least one event in Texas per year.

8.      Defendant agreed to allow us to use his property as a venue for an event and agreed to be a headliner for this event.

9.      Defendant suddenly and without explanation rescinded his promise to host and speak at the event we planned together, and had advertised counting on his participation.

10.     Defendant began a campaign of defamatory statements against me, as alleged in the Amended Complaint, which included directing his following to call their credit card companies and flag the transactions made with The Patriot Voice as fraudulent.

11.     I informed Defendant that I was in the process of issuing refunds, and that refund checks were already in the mail, despite this, Defendant refused to retract

his statements or his call for credit card transaction cancelations, which resulted in some customers being refunded twice.

12.     After the defamatory statements and the numerous flagged transactions, the payment processors that I use to sell tickets to The Patriot Voice's events refuse to work with me.

13.     Because of Defendant's actions, I am no longer able to hold any events, forcing me to indefinitely postpone an event that has been advertised online in Dallas Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2023.

_____
John Sabal
*Plaintiff*

3

L. Lin Wood > 



Hello Mr. Lin Wood!

Allow me to introduce myself. My name is John from The Patriot Voice, and my gIrlfriend, Amy, and I are the ones putting on the For God & Country Patriot Roundup event in Dallas, Texas, and we are SO honored and SO excited that you will be there to join us Memorial Day weekend!

I wanted to make a proper introduction and asked Sidney Powell the best way to reach you when we had dinner with her over the weekend. She recommended that we just text, or call you! Here is a picture of the three of us at dinner.

We would love to connect with you prior to the event so that you can get to know us (and vice versa) and so that we may answer any questions, etc. Do you have time this coming week?

May 7, 2021 at 16:16

 **63971250386768330797.MP4**
Video · 172.7 MB

Hello Lin, this is the updated promo video for Patriot Roundup event in Dallas! Sidney asked I send this to you directly.

We are SO honored to have you participate, and be a part of this historic occasion! God bless you! 🇺🇸 🙏

4

**August 8**



**Lin Wood**

Forwarded from **New Testament Warrior (illumi…** (New Testame… )

ConAnon John and the GriftQueen contacted me in December 2021 about speaking at one of their events and being an admin for his main account. He wanted me to share my symbolism content in order to boost ticket sales and grow his numbers. My wife and I spoke about it and I agreed only with the intention to share my testimony on their stage in hopes of reaching as many people as possible to proclaim the Love and Saving Grace of Jesus Christ.

I knew ConAnon John from early Q days on Facebook because I caught him chopping up my symbolism threads and sharing them as his own. I called him out. He never responded but he did stop.

I was hesitant when he contacted me in 2021 because I knew he was untrustworthy and didn't have a very good reputation since we shared many of the same old frins. I accepted their offer because I thought in my heart that was where the Lord wanted me. I told them both I did not want any compensation for traveling and speaking.

In the 4 months I was an admin, I witnessed John repeatedly be dishonest with his group of admins and the patriot community.

They continued to sell tickets for an event MANY weeks after they knew it was canceled.

Several other admins were getting dm'd daily because ConAnon John and the GriftQueen would not respond to repeated emails and dm's about issuing refunds. The event had changed cities and

5

dm's about issuing refunds. The event had changed cities and locations 4 times. Some people were in tremendous financial binds yet they were blown off for months. Repeatedly lying saying they were never contacted. All while posting pictures of themselves dining at extremely fancy restaurants.

I witnessed them set up confrontations on his live chats behind closed doors to blindside Lin and others several times in order to create gossip, gain followers, and boost his numbers.

They lied about trips they took.

They lied about conversations they had with certain people.

I came to realize all the problems they had with all their past events. Ghosting people about paying back large sums of money they borrowed for the event while he purchased a brand new Tesla.

These are only a few of the MANY instances I encountered during the 4 months I was affiliated with them.

He is one of the biggest 2 faced people I have ever met. He talks behind everyone's backs and then tries to have other people like his admins or the GriftQueen fight his battles due to the fact he lacks courage.

From last Dec 2021 to around May 2022 they lost close to 30 admins because of their lies and deception.

They ONLY care about status and money. They will grift off of, ride ANY coat tail, or stab any back to achieve their goal.

The same people's content he shares now he was saying horrible

6

The same people's content he shares now he was saying horrible things about several months ago. Just like Michael Flynn and his WTM clowns.  He has built his following off the backs of other people's hard work.

ConAnon John stays up all hours of the night on social media, sleeps half the next day, the begs people to "buy him coffees or donate to his givesendgo" for all his hard work.

After seeing this FRIVOLOUS lawsuit against Lin, I felt it was important to let people know the truth about ConAnons true character. Especially before being conned out of thousands of dollars for their next event that has already had the date pushed back once.

They both loved Lin when they were trying to profit off his name and property.

You can ask ANY previous admins from The Patriot Voice and I assure you they would corroborate everything I just said.

It is of my belief that TPV is a Michael Flynn and David Hancock Psyop grift. Don't get caught up.

Much Love and Many Blessings frins.

#JesusIsKing                                                          21.1K 👁 01:35

7









## CERTIFICATE OF SERVICE

I certify that on September 29, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jason C. Greaves
Jason C. Greaves, TX Bar No. 24124953

*Attorney for Plaintiff John Sabal*