IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN SABAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-551-O |
| | § | |
| LIN WOOD | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

The Court lacks personal jurisdiction over Defendant. Accordingly, it is **ORDERED** this case should be and is hereby **DISMISSED without prejudice**.

This Final Judgment fully and finally resolves all issues between the Plaintiff and Defendant and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any other parties not otherwise disposed are **DISMISSED**.

**SO ORDERED** on this **13th day of November, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE